UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ULFRIDO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | Case No. EDCV 18-1761 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendant Costco Wholesale Corporation is GRANTED. Plaintiff Ulfrido Gonzalez's complaint against Defendant is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated: July 23, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge