JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ULFRIDO GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | Case No.<br>EDCV 18-1761 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendant Costco Wholesale Corporation is GRANTED. Plaintiff Ulfrido Gonzalez's complaint against Defendant is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated: October 23, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge